UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOMMY RAY VIDAL, #202100656 | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 3:24-CV-1015-B-BK |
| | § | |
| ADAM KING, ET AL., | § | |
|     Respondents. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 8th day of August, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE